UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **WAHID RASOLI, et al.,** | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 1:22-cv-00801-PTG/IDD |
| **SPRING HOMECARE CORPORATION Dba SPRING HOME CARE CORPORATION, et al.,** | : |
| Defendants. | : |

## ORDER

This Court, having read the parties' Joint Motion for Approval of Settlement and Dismissal with Prejudice and being duly advised in the premises, orders the following:

1. The parties agreed that this case has been settled and that all issues and controversies have been resolved to their mutual satisfaction pursuant to the Settlement Agreement (the "Agreement"), dated July 21, 2023.

**IT IS THEREFORE ORDERED:**

1. The parties shall comply with the terms of their Agreement entered into on July 21, 2023, the terms of which Agreement are incorporated by reference as if fully set forth herein;

2. By consent of the parties, the Court shall retain jurisdiction for the purpose of enforcing all terms of the Agreement; and

3. This case is dismissed, with prejudice, and each party shall bear its own attorney's fees and costs, unless otherwise agreed.

IT IS SO ORDERED this 2nd day of August 2023.

                                                                UNITED STATES DISTRICT JUDGE